FILED

2012 FEB 27 AM 11:03

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:12-cr-19-J-25MCR

RUEL ALEXANDER BROWN
a/k/a "King David"

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against Ruel Alexander Brown, a/k/a "King David" in the above styled case, and it is set for Initial Appearance/Arraignment as to said defendant on March 1, 2012, at 10:00 a.m., at 300 North Hogan Street, Jacksonville, Florida, 32202.

2. The defendant is now confined in the John E. Goode Pretrial Detention Facility, located at 500 East Adams Street, Jacksonville, Florida, 32202.

3. It is necessary to have said defendant before this Court for Initial Appearance/Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of

the said defendant and have him before this Court at the time and place above specified for Initial Appearance/Arraignment, and upon completion of all proceedings in this case to return the said defendant to the custody of John E. Goode Pretrial Detention Facility, and also directing the said facility, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

                    Respectfully submitted,

                    ROBERT E. O'NEILL
                    United States Attorney

By:   *s/ Mac D. Heavener, III*
       MAC D. HEAVENER, III
       Assistant United States Attorney
       Florida Bar No. 0896748
       300 North Hogan Street, Suite 700
       Jacksonville, Florida  32202-4270
       Telephone:    (904) 301-6300
       Facsimile:     (904) 301-6310
       E-mail:   mac.heavener@usdoj.gov