UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:12-cr-19(S2)-J-25MCR

**RUEL ALEXANDER BROWN**

---

## ORDER

**THIS CAUSE** is before the Court on the Government's Motion for Reduction of Sentence (Dkt. 109). Upon consideration, the Court finds the following:

On July 12, 2013, the Defendant was sentenced to 188 months imprisonment. Pursuant to the government's motion, there now exists a sufficient basis for a four-level downward departure from Defendant's sentence based upon substantial assistance provided by the Defendant. Fed. R. Crim. P. 35(b). It is, therefore,

**ORDERED:**

1. That the Motion for Reduction of Sentence (Dkt. 109) is hereby **GRANTED** and the term of imprisonment previously imposed is reduced from 188 months to 130 months. The Judgment and Commitment (Dkt. 103) is hereby amended to reflect said reduction.

2. That all other terms and conditions of the Judgment and Commitment are affirmed and ratified.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of September, 2016.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
U.S. Attorney's Office:
Counsel for Defendant:
Bureau of Prisons
U. S. Marshal Service
U. S. Probation Office
Defendant